IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-218-WKW |
| | ) |
| U.S. AGENCIES, | ) |
| | ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that (1) Plaintiff Peter James Smith's federal claims against Defendant U.S. Agencies are DISMISSED with prejudice, and judgment is ENTERED on those federal claims in favor of Defendant U.S. Agencies and against Plaintiff Peter James Smith; and (2) Plaintiff Peter James Smith's state law claims against Defendant U.S. Agencies are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of December, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE